[No. 23399-5-III.   Division Three.   January 5, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. T.J., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-8-00018-4, Robert L. Zagelow, J., entered September 10, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 54796-8-I.   Division One.   January 9, 2006.]

SEABORN PILE DRIVING CO., *Appellant,* v. GAYLE GLEW ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-07209-1, Douglas D. McBroom, J., entered March 19, 2003 and July 21, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Schindler, JJ. Now published at 132 Wn. App. 261.

[No. 55692-4-I.   Division One.   January 9, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY DERRICK BIZZELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-12080-9, Brian D. Gain, J., entered January 24, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Schindler, JJ.